# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CR-19-72-SLP |
| | ) |
| WENDELL L. REEVES, | ) |
| | ) |
| Defendant. | ) |

**MINUTE SHEET OF PROCEEDINGS:** ☒ **CHANGE OF PLEA**   ☐ **WAIVE AND FILE**

| | |
|---|---|
| **Honorable Scott Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
| Susan Fenimore, Court Reporter | Raquel Sweet, U.S. Probation Officer |
| Interpreter – N/A<br>☐ Interpreter Sworn | Date proceedings held: 5/10/2019 @ 10:30 a.m.<br>Time in court: 30 minutes |

| | |
|---|---|
| Appearance for Government:<br>Jacquelyn M. Hutzell, AUSA | Appearance for Defendant:<br>Lance B. Phillips |

**HEARING CONCLUDED:** ☒ Yes; ☐ No;

**Type of Proceedings held:**

☒   Change of Plea   ☐ Waive and File      ☐ Other: _____ ;
☒   Held on count(s)     1     of the                     1          counts :
☒   ☒ Indictment; ☐ Information; ☐ Superseding Indictment; ☐ Superseding Information filed: 3/19/2019;
☒   Defendant **SWORN**;
☒   Defendant enters a **plea** of:   ☒ Guilty;   ☐ Not Guilty;   ☐ Other;
☒   Sentencing Guidelines applicable; maximum penalty: 20 years and/or a fine of $250,000.00  .

☒   Waiver of Jury Trial filed;
☐   Waiver of Indictment filed;
☒   ☐ Plea Agreement filed (*See* plea agreement for specifics);   ☒ No Plea Agreement filed;
☒   ☐ Supplemental Plea Agreement filed under seal;   ☒ No sealed supplemental plea agreement filed;
☒   ☐ Plea Petition filed;   ☒ Plea Petition only filed;
☒   Sentencing Hearing to be set upon completion of the final presentence report;

☐   Defendant Bond:   ☐ **Set**: Unsecured $_____; ☐ Cash; ☐ Surety; ☐ 10%; ☐ Personal Recognize;
☐   Defendant failed to appear, **Bench Warrant** issued;
☐   Status of **Bond**: ☐ Continued; ☐ Forfeited;
☒   Defendant **Custody/Detention** Continued;
☐   Defendant **REMANDED** to the Custody of the U.S. Marshal pending sentencing;

*Other Proceedings:*

*Rev.Minute.Guilty.2017*