IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-19-072-SLP |
| | ) | |
| WENDELL L. REEVES, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF JURY TRIAL

I, the undersigned defendant, having been fully advised of the charges against me and of my rights in connection with the charges, do hereby waive those rights, including my right to a trial by jury, and agree to enter a plea of guilty to the court as provided by Rule 11 of the Fed. R. Crim. P.

Date: 5-10-19

_Wendell Reeves_
WENDELL L. REEVES
DEFENDANT

_[signature]_
LANCE B. PHILLIPS
COUNSEL FOR DEFENDANT

_[signature]_
JACQUELYN M. HUTZELL
COUNSEL FOR GOVERNMENT

Before _[signature]_
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE