# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs.   ) | Case No. CR-19-72-SLP |
| ) | |
| WENDELL L. REEVES, ) | |
| ) | |
| Defendant. ) | |

## MINUTE SHEET OF PROCEEDINGS
## SENTENCING HEARING

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Emily Eakle, Court Reporter | U.S. Probation Officer Rod Rabon |
| Interpreter – N/A | Date proceedings held: December 18, 2019 @ 11:00 a.m.<br>Time in court: 30 Minutes<br>Courtroom No. 304 |

| | |
|---|---|
| Appearance for Government: Jacquelyn M. Hutzell | Appearance for Defendant: Lance B. Phillips |

**HEARING CONCLUDED**:   ☒ Yes;  ☐ No;
**Hearing Type:**   ☐ Sentencing Hearing – Contested;  ☒ Sentencing Hearing – Non Evidentiary;
**Held on count(s)** ___1___ of the ___1___ count:
☒ Indictment;  ☐ Information;  ☐ Superseding Indictment;  ☒ Superseding Information filed: 3/19/19

**Applicable Proceedings**:

| ☒ Sentencing held | ☐ Objections to the PSR heard | ☐ Plea Agreement accepted | ☐ Plea Agreement NOT accepted |
|---|---|---|---|
| ☐ Sentencing Guidelines | ☐ Downward Departure | ☐ Upward Departure | ☐ Settled/Guilty Plea |
| ☐ Witness Testimony heard | ☐ Evidence Entered | ☐ Other | |

**SENTENCING TEXT**:
☐    Defendant sentenced to a term of **PROBATION** for: _____ months;
☒    Defendant sentenced to a term of **IMPRISONMENT** to the Bureau of Prisons for a term of:
     ___120 months___ as to count(s)__1__;
☒    Counts ___1___ to run ☒ concurrently with any sentence imposed in Oklahoma County Case No. CF-2018-3299;
☒    Defendant placed on a term of **SUPERVISED RELEASE** for a term of _3 years_ ;
☐    Counts _____ to run ☐ concurrently; ☐ consecutive to each other;
☐    Additional **special conditions** imposed *(See judgment and commitment order for specifics)*;

**CRIMINAL MONETARY PENALTIES**:
- ☐ **Restitution** is ordered in the amount of:  $_____;
  - ☐ to be paid in installments ☐ due immediately;
- ☐ **Fine** imposed in the amount of $_____;
  - ☐ to be paid in installments ☐ due immediately;
- ☐ **JVTA Assessment** imposed in the amount of $_____;
  - ☐ to be paid in installments ☐ due immediately;
- ☒ $100.00 **special assessment** on Count(s) ____1____ due immediately;

**Government motions**:
- ☐ Count(s) _____ dismissed on motion by the government;
- ☐ Order dismissing original indictment/information entered upon motion of the government;

**Custody Status**:
- ☐ Defendant ordered to surrender to the designated institution on _____;
- ☐ Defendant failed to appear, Bench Warrant issued;
- ☐ **Bond** ☐ **Continued**; ☐ **Revoked**;
- ☒ **Custody/Detention continued**;
- ☐ Defendant **REMANDED** to the Custody of the U.S. Marshal pending service of sentence;
- ☒ Court **recommends** incarceration at ___FCI El Reno_____;
- ☐ Other recommendations by the court _____;

**Appeal status**:
- ☒ Defendant advised of their right to appeal;
- ☐ Defendant requests Clerk to enter notice of appeal;

*Other proceedings*:   See judgment and commitment order for sentencing specifics.

*Revised minute-sentencing-January, 2017*