## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Certified Copy |
| Plaintiff, | ) | CR-19-72-SLP, WRIT, #5 |
| | ) | |
| -vs- | ) | No. CR-19-072-SLP |
| | ) | |
| WENDELL L. REEVES, | ) | 10:22 am, Mar 21, 2019 |
| | ) | Carmelita Reeder Shinn, Clerk |
| Defendant. | ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States to the United States Marshal for the Western District of Oklahoma or any United States Marshal, and the Warden or Superintendent:

GREETINGS: You are hereby commanded to proceed to the Oklahoma County Jail, located in Oklahoma City, Oklahoma, and there take and receive Wendell L. Reeves, Inmate Number 199957447, and keep him in your custody and bring him before the United States District Court for the Western District of Oklahoma on March 29, 2019, at 3:00 p.m., for any hearings necessary in this case and then return him to the custody of the above-named institution, or do as otherwise ordered by the Court.

DATED this 21ST day of March, 2019.

MARSHAL'S RETURN
Received Wendell Reeves on 3.29.19
at Oklahoma Co., and transported him / her
to Fed Court / WDOK on 3.29.19
Return to Oklah. Co. on 3.29.19 By: _____
United States Marshals
By: Western District of Oklahoma
_____ Deputy

CARMELITA REEDER SHINN
Clerk of the United States District Court
for the Western District of Oklahoma

By: _____
       DEPUTY